1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNGHUI CHEN, on behalf of herself and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>DEFENDANTS. | Case No.: 8:19-cv-00909-JLS-DFM<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE PORTIONS OF SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT UNDER SEAL (DOC. 32)**<br><br>Date:           October 11, 2019<br>Time:          10:30 A.M.<br>Courtroom:   10A<br>Judge:         Hon. Josephine L. Staton |

Having considered Plaintiff Chen's Application to File Portions of Supplemental Briefing in Support of Motion for Preliminary Approval of Class Action Settlement, and finding good cause, the Court GRANTS the Application.

IT IS HEREBY ORDERED that the following portions of documents be filed under seal:

With respect to Plaintiff's Supplemental Briefing in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement under seal:

| Portion | Identified Legal Basis |
| --- | --- |
| 2: 2, 4-6, 17-18, 25-26 | Confidential Settlement Information |
| 3: 1-9, Footnote 1 | Confidential Settlement Information |
| 8: 7 | Confidential Settlement Information |

With respect to the Declaration of Danielle Fuschetti in Support of Plaintiff's Supplemental Briefing in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement under seal:

| Portion | Identified Legal Basis |
| --- | --- |
| 2: 26 | Confidential Settlement Information |
| 3: 2-3 | Confidential Settlement Information |

Plaintiff Chen is further ORDERED to file the above documents on the public docket with the specified redactions.

IT IS SO ORDERED.

Date: September 23, 2019    _____
Josephine L. Staton
United States District Judge