1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNGHUI CHEN, on behalf of herself and all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>DEFENDANTS. | Case No.: 8:19-cv-00909-JLS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO SERVE CHAMBERS COPIES IN ELECTRONIC FORMAT**<br><br>Local Rule 7-1 |

After full consideration of the Parties' Stipulation to Serve Chambers Copies in Electronic Format, and for good cause showing, IT IS HEREBY ORDERED THAT Plaintiff may serve chambers copies of Exhibit D to the Declaration Fuschetti in Support of Plaintiff's Application to File Portions of Second Supplemental Briefing in Support of Motion for Preliminary Approval of Class Settlement Under Seal as PDF files on a USB flash drive.

Date: November 12, 2019

_____
Hon. Josephine L. Staton
United States District Judge