1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

YUNGHUI CHEN, on behalf of herself and all others similarly situated,

    PLAINTIFFS,

vs.

WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC.,

    DEFENDANTS.

Case No.: 8:19-cv-00909-JLS-DFM

**ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE PORTIONS OF SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT UNDER SEAL (DOC. 44)**

On October 30, Plaintiff filed an Application to File Portions of Plaintiff's Second Supplemental Brief in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement Under Seal.

Plaintiff seeks leave to file the following portions of Plaintiff's Second Supplemental Brief in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement under seal:

| Portion | Identified Legal Basis |
| --- | --- |
| Pg. 2:16–27; pg. 3:1–3 | Highly sensitive information about Plaintiff that could be injurious if disclosed publicly |
| Pg. 3:4–6 | Confidential settlement information |
| Pg. 3:7–16 | Highly sensitive information about Plaintiff that could be injurious if disclosed publicly |
| Pg. 4:4–5, 7, 11–13, 14–16 | Confidential settlement information |

Plaintiff also seeks leave to file the following portions of the Declaration of Dwight D. Steward, Ph.D. in Support of Plaintiff's Second Supplemental Brief in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement under seal:

| Portion | Identified Legal Basis |
| --- | --- |
| Pg. 7:11–24; pg. 8:8–11, 12–16, 20-24 | Subject to mediation privilege |
| Exhibit 3 | Subject to mediation privilege; trade secrets; third party privacy |

Finally, Plaintiff seeks leave to file the following portions of the Declaration of Yunghui Chen in Support of Plaintiff's Second Supplemental Brief in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement under seal:

2

| Portion | Identified Legal Basis |
|---|---|
| Pg. 2:4–26 | Highly sensitive information about Plaintiff that could be injurious if disclosed publicly |

Having reviewed and considered the Application and accompanying materials, the Court finds good cause to file the identified portions under seal. Accordingly, the Application is GRANTED.

Date: 11/12/2019

Josephine L. Staton, United States District Judge