1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNG-HUI CHEN, on behalf of herself and all others similarly situated, <br> PLAINTIFFS, <br><br> vs. <br><br> WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC., DEFENDANTS. | Case No.: 8:19-cv-00909-JVS-DFM <br><br> **ORDER GRANTING IN PART PLAINTIFF'S STIPULATION TO EXCEED PAGE LIMITATIONS FOR PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR FEES, COSTS, AND SERVICE AWARD** |

After full consideration of the Parties' Stipulation to Exceed Page Limitations for Plaintiff's Memorandum of Points and Authorities in support of Plaintiff's Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Award, IT IS HEREBY ORDERED THAT Plaintiff may file a memorandum of points and authorities not to exceed thirty-one (31) pages in length in support of Plaintiff's Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Award. However, Plaintiff's Reply should be no more than 20 pages in length.

DATED: August 31, 2020

_____
Hon. Josephine L. Staton
United States District Judge