David Sanford (DC SBN 457933 *admitted Pro Hac Vice*)
dsanford@sanfordheisler.com
Russell Kornblith (CA SBN 289329)
rkornblith@sanfordheisler.com
Andrew Melzer (NY SBN 4270682, *admitted Pro Hac Vice*)
amelzer@sanfordheisler.com
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651

Kevin Sharp (TN SBN 016287 *admitted Pro Hac Vice*)
ksharp@sanfordheisler.com
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7001
Facsimile: (615) 434-7020

*Attorneys for the Plaintiff, Classes, and Collective*
*[Additional Attorneys Listed After Signature Page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNG-HUI CHEN, on behalf of herself and all others similarly situated, <br> PLAINTIFFS, <br><br> vs. <br><br> WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC., DEFENDANTS. | Case No.: 8:19-cv-00909-JLS-DFM <br><br> **PLAINTIFF'S MOTION AND NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: November 20, 2020 <br> Time: 10:30 a.m. <br> Courtroom: 10A <br> Judge: Hon. Josephine L. Staton <br><br> Complaint date: May 14, 2019 <br> Trial Date: none |

**PLEASE TAKE NOTICE** that on November 20, 2020 at 10:30 a.m. in the District Court for the Central District of California, Court Room 10A, Plaintiffs will and hereby do move this Court for an order granting Plaintiffs' Motion for Final Approval.

The Motion is based on this Notice, the Memorandum of Points and Authorities, the Declaration of David Sanford, the Declaration of Chris Pikus for Rust Consulting Inc., the Declaration of Sumer Langley, the exhibits attached thereto, and the record in this action.

DATED: October 9, 2020

/s/ David Sanford

David Sanford (*Pro Hac Vice*)
Danielle Fuschetti (CA SBN 294064)
Kevin Sharp (*Pro Hac Vice*)
Russell Kornblith (CA SBN 289329)
Andrew Melzer (*Pro Hac Vice*)
SANFORD HEISLER SHARP, LLP

Felicia Medina (CA SBN 255804)
MEDINA ORTHWEIN, LLP

Aashish Desai (CA SBN 187394)
DESAI LAW FIRM, P.C.

*Attorneys for Plaintiff and the Classes*

[Continued from Caption Page]

Danielle Fuschetti (CA SBN 294064)
dfuschetti@sanfordheisler.com
SANFORD HEISLER SHARP, LLP
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795 2020
Facsimile: (415) 795 2021

Felicia Medina (CA SBN 255804)
fmedina@medinaorthwein.com
MEDINA ORTHWEIN, LLP
1322 Webster St., #200
Oakland, CA 94612
Telephone: (202) 674-9549

Aashish Desai (CA SBN 187394)
aashish@desai-law.com
DESAI LAW FIRM, P.C.
3200 Bristol St. Suite 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830

*Attorneys for the Plaintiff and the Classes*